UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE ADALBERTO SILVA, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN PABLO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 16-cv-04360-VC<br><br>**ORDER GRANTING MOTION TO SET ASIDE COSTS**<br><br>Re: Dkt. Nos. 107, 108 |

Silva's motion to set aside the award of costs is granted. *See Ass'n of Mexican-American Educators v. California*, 231 F.3d 572, 591 (9th Cir. 2000) (holding that Federal Rule of Civil Procedure 54(d)(1) "creates a presumption in favor of awarding costs to a prevailing party, but vests in the district court discretion to refuse to award costs"). In light of Silva's financial status, the economic disparity between the parties, and the merit underlying Silva's constitutional claims, it is appropriate to deny costs to San Pablo. *See id.* at 591-93.

**IT IS SO ORDERED.**

Dated: November 1, 2018

VINCE CHHABRIA
United States District Judge